**UNITED STATES COURT OF APPEAL**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 04, 2020

Cynthia Cadet
20913 SAINT ANDREWS BLVD #38
BOCA RATON, FL 33433

Appeal Number:  20-11206-J
Case Style:  Cynthia Cadet v. USA
District Court Docket No:  9:17-cv-81325-KAM
Secondary Case Number:  9:10-cr-80149-KAM-20

The enclosed copy of this Court's order denying the application for a Certificate of
Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se
parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify
an order must be filed within 21 days of the entry of such order. No additional time shall be
allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-11206-J
_____

CYNTHIA CADET,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

Cynthia Cadet, a federal prisoner, moves this Court for a certificate of appealability

("COA") to appeal the district court's order denying her 28 U.S.C. § 2255 motion.  Where the

district court has denied a § 2255 motion in part on procedural grounds, the movant must show

that jurists of reason would find debatable (1) whether the § 2255 motion states a valid claim of

the denial of a constitutional right, and (2) whether the district court was correct in its procedural

ruling.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Because Cadet has failed to make the

requisite showing, her COA motion is DENIED.


 /s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE